345 Ill. App. 610 (1952)
104 N.E.2d 347
Gustave W. Borkland, Appellee,
v.
L.A. Goodman Manufacturing Company, Appellant.
Gen. No. 45,688.
Illinois Appellate Court.
Opinion filed March 10, 1952.
Released for publication March 21, 1952.
*611 Gary, Desmond & Parker, and Heth, Lister & Flynn, for appellant.
Winston, Strawn, Black & Towner, for appellee.
Paul H. Moore, and Neil McKay, of counsel.
(Abstract of Decision.)
Opinion by JUSTICE NIEMEYER.
Affirmed.
Not to be published in full.